# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHN ANTHONY ROBERTS, SR.,
LISA MOSS ROBERTS AND JOHN
ROBERTS, JR.

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 1 OF TANGIPAHOA PARISH
D/B/A NORTH OAKS HEALTH
SYSTEM AND/OR NORTH OAKS
MEDICAL CENTER, LLC, AND
HOSPITAL SERVICE DISTRICT
NO. 1 OF TANGIPAHOA D/B/A
NORTH OAKS ORTHOPAEDIC
SPECIALTY CENTER

NO.  2021 CW 0714

FEBRUARY 11, 2022

---

In Re:    John  Roberts,  Jr.,  applying  for  supervisory  writs,
          21st  Judicial  District  Court,  Parish  of  Tangipahoa,
          No. 20160000432.

---

**BEFORE:    McDONALD, THERIOT, AND LANIER, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant
to the joint motion to dismiss, which advised that the parties
settled all claims and controversies existing between them in
this matter and requested that this writ application be
dismissed.

**JMM**
**MRT**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT